| Reap. No. | Coll. No. | Entry No. | Appraised value per pair | Description, size or type | American selling price per pair |
|---|---|---|---|---|---|
| 130776–A | 1715 | 562 | $1.92 | Baby | $1.60 less 3% |
| | | | 1.92 | Men's | 1.82 less 3% |
| | | | 1.75 | Baby | 1.60 less 3% |
| 139015–A | 2005 | 3627 | 2.0264 | Sizes 4, 4½, 5 | 1.55 less 3% |
| | | | 2.0264 | Sizes 6, 7, 8 | 1.60 less 3% |
| 142561–A | 2095 | 988 | 2.0264 | Baby | 1.60 less 3% |
| | | | 2.0264 | Men's | 1.82 less 3% |
| 142563–A | 2097 | 4121 | 2.0264 | Men's | 1.82 less 3% |
| 143704–A | 2103 | 3850 | 2.0264 | Baby | 1.60 less 3% |

MEXICAN-AMERICAN HAT CO., BY KOELLER-STRUSS CO. ET AL. *v.* UNITED STATES

**No. 5756.**—Invoices dated Tehuacan Pue, Mexico, May 15, 1936, etc.
Certified May 19. 1936, etc.
Entered at St. Louis, Mo., June 16, 1936, etc.
Entry No. 1995, etc.

(Decided November 9, 1942)

*Tompkins & Tompkins* (*J. Stuart Tompkins* and *Allerton deC. Tompkins* of counsel) and *L. E. McCullough*, associate counsel, for the plaintiffs.

*Paul P. Rao*, Assistant Attorney General (*Joseph A. Howard, Jr.*, special attorney), for the defendant.

WALKER, Judge: These appeals to reappraisement, 45 in number, listed in schedule A, attached to and made a part hereof, involve the dutiable value of Mexican harvest hats exported from Mexico to the United States during the period from May 1936, to August 1939. In each case the importer made advances on entry, following the procedure set forth in section 503 (b) of the Tariff Act of 1930, because of advances made by the appraiser in a similar case then pending on appeal to reappraisement. The test case was. subsequently finally decided, the decision being reported in *International Harvest Hat Co.* v. *United States*, 5 Cust. Ct. 592, Reap. Dec. 5045.

When the cases at bar were called for trial, counsel for the plaintiffs established by appropriate testimony that the hats here in issue were the same as those involved in *International Harvest Hat Co.* v. *United States, supra* (hereinafter referred to as the *International* case), and that the market conditions and method of purchase of such hats were the same during the time covered by the dates of exportation of

the merchandise involved in the instant appeals as they were at the time of exportation of the merchandise involved in the *International* case. Motion was thereupon made by counsel for the plaintiffs to incorporate the record in the *International* case as part of the record herein, and the motion was granted over the objection of counsel for the defendant.

The record shows that there was no objection on the part of Government counsel to the incorporation of the record for the purpose of showing the method of sale in Mexico, the objection being directed to the admission of the record for the purpose of establishing values. It may be pointed out, in passing, that the values found in the test case would only control for the period of time covered by that case.

Plaintiffs offered in evidence in the case at bar two affidavits, together with accompanying papers, one made by Jose A. Castillo, who therein states that his business for the past 8 years had been that of a commissionaire engaged in buying Mexican hats for export on a commission and exporting the same to the United States, and the other made by Juan Sainz de Rozas, a member of the firm of Sucrs. de Guillermo S. Trapaga, dealers in Mexican hats in Tehuacan, Mexico, who stated that his business for the past 10 years had been the purchase and sale of Mexican hats at wholesale in Tehuacan, both for domestic consumption and for exportation to the United States. Both of these affidavits were sworn to before the American Vice Consul at Mexico, D. F., Mexico, and, in general, both are couched in identical language.

Upon the offer of the affidavits Government counsel made objection to their competency, materiality, and relevancy, and reserved the right to file further objections at the time of filing its brief in this case. No further objections were made. It appears from the official papers that Castillo was the exporter of record in 35 of the appeals herein, and that the Trapaga firm was the exporter of record in 4 others. The affidavits purport to relate to the shipments in question, and were made by men apparently competent to relate the details therein recited, and on their face tend to establish values other than the appraised values for the merchandise in issue. The objections made at the trial were therefore overruled, and the affidavits were admitted in evidence, being marked exhibits 1 and 2, respectively.

The method of doing business in Mexico with regard to hats such as those in issue is set forth in these affidavits as follows:

* * * there are persons known as collectors who travel through the mountains and interior with a train of donkeys, who gather hats either direct from the weavers or from retail stores located in the interior who take such hats in trade. These collectors thereafter bring the said hats to Tehuacan, which is the principal market in Mexico for such hats, where the collectors sell them for the best price they can get.

It appears that at Tehuacan there are a number of dealers, a Government-sponsored co-operative, and certain persons who act as buying agents or commissionaires for concerns such as the plaintiffs, all of whom purchase hats from the collectors. In the incorporated case it appeared that the appraised values were based, not upon the prices which the collectors received from the aforementioned dealers, co-operative, or buying agents, but upon the price which the dealers charged their customers in reselling the hats. It also appeared that the dealers perform certain services in connection with the hats, such as sorting and grading; that in purchasing hats from the dealers the purchaser bought only the kinds, qualities, and sizes of hats he desired, and that in certain cases sales were made by the dealers on credit, the accounts being carried open on the books of the dealer for periods up to 9 months. As to the sales by the collectors, it appears that all of the hats on the donkey's back, or in the entire donkey train, were generally sold at one time, and that when the purchaser was a buying agent he shipped the entire collection regardless of kind, quality, or size, save that he threw away holey or worthless hats and packed the remainder according to size in bales.

In the *International* case it was finally held that inasmuch as the dealer's price represented the price for merchandise of a higher quality and grade than the merchandise involved, and moreover in many cases involved credit transactions, it did not represent the value of hats such as or similar to the hats in question. It was further held that export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, was the proper basis of value for the hats in question, and the court apparently found that such export values for the hats involved were the prices shown in certain quotations attached to affidavits of Mr. Castillo, which he stated represented

the prevailing wholesale market prices for Mexican hats for export in the usual wholesale quantities as of the date stated on this quotation.

The quotations were addressed to the International Harvest Hat Co., the plaintiff in the incorporated case, and, it appeared, represented the prices at which hats of the different types were sold by collectors during the preceding week.

The affidavits, exhibits 1 and 2, in the case at bar are more elaborate than those offered in the *International* case, and each contains the following paragraph:

On each day of the year a number of different collectors will consumate sales, and since all buyers and collectors do not have the same skill at bargaining there is bound to be a slight variation during the course of the day, and from day to day in the selling price of each kind of hat. However, the collectors usually keep themselves informed as to the prevailing prices for each kind of hat so that it is possible to know the general price of the hats and the trend of the market. I always keep myself informed as to the market conditions and send weekly

quotations to the Mexican American [or International Hat Co.] advising them of the prices at which the different types of hats are being sold at the time, so that they will be informed of the general prices and trend of the market. The prices stated in my weekly quotations to the Mexican American Hat Co. [or International Hat Co.] are the then prevailing prices in the free open wholesale market, in Tehuacan for home consumption or for consumption abroad.

The names in brackets are the only variation in the language used in each affidavit.

Attached to and made a part of each affidavit are what are stated to be either the original quotations referred to, or the office copies where the originals have been lost, or extracts made from the quotations' letters. I have carefully examined the affidavits and the exhibits attached thereto and, following the decision in the incorporated case, conclude that they are sufficient upon which to base findings of value different from the appraised values. It should be explained that in reaching the values set forth in schedule B, attached to and made a part of this decision, wherever the invoice description of the merchandise was not as complete as the descriptions given in the exhibits, the higher grade or the higher price, as the case may be, was taken to represent the merchandise covered by the invoice.

On the entire record before me I find as facts:

1. That the merchandise in issue consists of straw or palm leaf hats exported from Mexico to the United States during the period from May 1936, to August 1939.

2. That the principal market for such or similar hats in Mexico at the time of exportation was Tehuacan.

3. That the quantities shown on the invoices are well within the quantities shown by the record to be usual wholesale quantities.

4. That the merchandise was freely offered for sale for home consumption or for exportation to all purchasers in usual wholesale quantities and in the ordinary course of trade by the collectors of such hats in Tehuacan.

5. That the prices at which such merchandise was freely offered for sale as detailed in finding 4, above, were the prices set forth in schedule B, attached to and made a part of this decision.

I conclude as matters of law:

1. That in each case foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, was the proper basis of value of the merchandise.

2. That the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, of the merchandise in question was not higher than the foreign value.

3. That such foreign value for the merchandise was as set forth in schedule B.

Judgment will be rendered accordingly.

*Schedule A*

St. Louis, Mo.

| Reap No. | Coll. No. | Entry No. | Importer |
|---|---|---|---|
| 114564–A | 6 | 1995 | Mexican-American Hat Co. by Koeller-Struss Co., Agts. |
| 114565–A | 8 | 2050 | |
| 117388–A | 12 | 178 | |
| 117389–A | 13 | 552 | |
| 117391–A | 15 | 365 | |
| 117393–A | 17 | 1113 | |
| 118300–A | 22 | 1410 | |
| 118925–A | 25 | 1546 | |
| 118926–A | 28 | 1657 | |
| 119446–A | 29 | 1816 | |
| 114566–A | 2 | 480 | International Harvest Hat Co. |
| 119783–A | 32 | 1938 | Mexican-American Hat Co. by Koeller-Stru Co. |
| 114567–A | 3 | 23 | International Harvest Hat Co. |
| 114568–A | 4 | 75 | |
| 114569–A | 5 | 1938 | |
| 116922–A | 9 | 576 | |
| 116923–A | 10 | 452 | |
| 116924–A | 11 | 902 | |
| 117808–A | 18 | 1094 | |
| 118105–A | 19 | 1279 | |
| 118725–A | 23 | 1481 | |
| 118726–A | 24 | 1452 | |
| 118924–A | 27 | 1654 | |
| 119447–A | 30 | 1733 | |
| 127804–A | 46 | 1404 | |
| 119780–A | 31 | 1848 | |
| 119781–A | 33 | 1997 | |
| 119782–A | 34 | 2026 | |
| 120774–A | 35 | 2156 | |
| 121924–A | 36 | 1044 | |
| 121925–A | 37 | 1062 | |
| 122311–A | 38 | 1158 | International Harvest Hat Co. Monroe Foreign Forwarding Co. |
| 125721–A | 40 | 1224 | International Harvest Hat Co. |
| 125722–A | 41 | 1389 | |
| 125723–A | 39 | 1049 | |
| 125724–A | 42 | 1690 | |
| 125725–A | 43 | 1531 | |
| 125726–A | 44 | 1827 | |
| 125727–A | 45 | 1875 | |
| 128290–A | 47 | 2018 | |
| 127803–A | 54 | 100 | Mexican-American Hat Co. by Koeller-Struss Co. |
| 128288–A | 55 | 2109 | |
| 128289–A | 56 | 1964 | |
| 132347–A | 61 | 29 | Mexican American Hat Co. |
| 133689–A | 62 | 337 | |

*Schedule B*

| Reap. No. | Invoice description | Mexican $ per gross |
|---|---|---|
| 114564–A/6 | Santa Gertrudes First | 18. 00 |
| | Tlapeno First | 14. 75 |

| Reap. No. | Invoice description | Mexican $ per gross |
|---|---|---|
| 114565–A/8 | Tonaltecos First Grade | 14. 25 |
| | Tlaxiaco First Grade | 15. 50 |
| | Anisero AA Green | 8. 50 |
| 117388–A/12 | Anisero Grande | 12. 00 |
| 117389–A/13 | Anisero AA | 9. 00 |
| | Anisero Grande | 10. 50 |
| 117391–A/15 | Anisero Grande | 12. 00 |
| | Anisero AA second | 9. 00 |
| 117393–A/17 | Anisero Grande | 12. 00 |
| | Ixcatecos | 11. 00 |
| | Charrito P. | 10. 50 |
| 118300–A/22 | Santa Gertrudes First | 18. 00 |
| | Anisero G. | 12. 75 |
| | Tonaltecos | 13. 50 |
| | Ixcatecos | 11. 00 |
| 118925–A/25 | Nativitas Tlapando Mosqueado | 29. 00 |
| 118926–A/28 | Tlapenos First | 14. 75 |
| | Anisero Grande | 12. 75 |
| | Ixcatecos | 11. 25 |
| | Ixcatecos plain | 11. 25 |
| | Nativitas Mosqueado Tlapando | 29. 00 |
| 119446–A/29 | Anisero Grande | 12. 90 |
| | Charrito Fancy | 11. 00 |
| | Nativitas Mosqueado | 29. 00 |
| 119783–A/32 | Anisero Grande | 13. 00 |
| | Nativitas Tlapando Mosqueado | 29. 00 |
| 114566–A/2 | Charrito Pinto | 11. 50 |
| | Huapanapa Blanco | 33. 00 |
| | Tlaxiaco Binding | 15. 00 |
| | Tlapeno Second | 13. 50 |
| 114567–A/3 | Huapanapan Segunda | 30. 00 |
| | Carcelona Chico | 13. 00 |
| | Tlapeno Alcazauca | 14. 75 |
| 114568–A/4 | Anisero Standard | 11. 10 |
| | Anisero Charrito | 8. 00 |
| | Tlapeno First | 14. 75 |
| | Anisero AA Green | 9. 00 |
| | Charrito Pinto | 11. 50 |
| 114569–A/5 | Anisero Comun | 10. 50 |
| | Anisero Charrito | 7. 25 |
| | Anisero AA Verde Green | 8. 50 |
| | Anisero AA Standard 2nd | 7. 50 |
| | Anisero Grande | 12. 00 |
| | Anisero Standard | 10. 50 |
| 116922–A/9 | Sta. Gertrudis | 17. 00 |
| | Anisero | 10. 50 |
| | Anisero Charrito | 8. 00 |
| | Anisero Verde | 9. 00 |
| | Tlapeno Standard | 15. 00 |
| | Tlapeno Grande | 15. 00 |
| | Tlaxiaco Grande | 15. 00 |
| | Ixcateco B. | 12. 50 |
| | Charrito Pinto B. | 11. 00 |

| Reap. No. | Invoice description | Mexican $ per gross |
|---|---|---|
| 116922–A/9 | Huapanapa Bco. | 33. 00 |
| | Catrin Blanco | 15. 00 |
| | Boleado Blanco | 32. 00 |
| 116923–A/10 | Anisero Grande | 10. 50 |
| | Tlapeno First | 14. 25 |
| | Anisero Standard | 9. 50 |
| 116924–A/11 | Tlaxiaco First | 14. 00 |
| | Anisero AA | 9. 00 |
| | Carceleno White | 11. 00 |
| | Anisero G. | 10. 50 |
| 117808–A/18 | Tlapeno First Alcozauca | 14. 75 |
| | Anisero G. | 11. 50 |
| | Anisero AA | 9. 50 |
| 118105–A/19 | Anisero Grande | 12. 75 |
| | Anisero AA Verde | 9. 50 |
| | Carceleno Blanco | 11. 50 |
| | Huapanapan Mosqueado | 33. 00 |
| | Charrito Anisero | 10. 25 |
| | Charrito copa baja | 9. 50 |
| | Catrin Mixteco | 17. 00 |
| | Ixcateco First | 11. 00 |
| 118725–A/23 | Tlaxiaco Binding | 15. 00 |
| | Copa Baja Carrito | 9. 75 |
| | Anisero Charrito | 10. 75 |
| 118726–A/24 | Anisero Charrito | 10. 50 |
| | Anisero AA | 10. 00 |
| | Catrin Mixteco | 16. 50 |
| | Anisero Grande | 12. 75 |
| | Tlapeno Alcozauca First | 14. 75 |
| 118924–A/27 | Anisero Grande | 12. 75 |
| | Anisero AA | 10. 00 |
| | Catrin Mixteco | 18. 00 |
| | Huapanapan Blanco | 34. 00 |
| | Tlapeno Alcozauca | 14. 75 |
| | Tlaxiaco Binding | 15. 50 |
| | Ixcateco First | 11. 25 |
| 119447–A/30 | Anisero Grande | 12. 50 |
| 127804–A/46 | Anisero Charrito | 9. 00 |
| | Tlapeno Alcozauca | 15. 00 |
| | Anisero AA | 10. 50 |
| | Anisero G | 13. 00 |
| 119780–A/31 | Anisero G. | 12. 90 |
| | Anisero AA | 10. 00 |
| | Huapanapan | 34. 00 |
| | Catrin Mixteco | 18. 00 |
| | Tlapeno Alcozauca | 14. 75 |
| 119781–A/33 | Tlapeno Alcozauca | 14. 75 |
| | Charrito Copa Baja | 10. 00 |
| | Cacalo Extra | 55. 00 |
| | Anisero Charrito | 10. 50 |
| | Anisero AA | 10. 00 |
| | Anisero G. | 13. 00 |

| Reap. No. | Invoice description | Mexican $ per gross |
|---|---|---|
| 119782–A/34 | Anisero Grande | 14. 00 |
| | Anisero Charrito | 11. 10 |
| | Charrito Copa Baja | 10. 00 |
| | Tlapeno Alcozauca | 15. 00 |
| | Pachon Media Palma | 16. 50 |
| | Tonalteco First | 16. 50 |
| | Carceleno Blanco | 12. 50 |
| | Cacalo First | 55. 00 |
| 120774–A/35 | Anisero Grande | 14. 00 |
| | Anisero AA | 11. 00 |
| 121924–A/36 | Anisero Charrito | 10. 50 |
| | Tlapeno Alcozauca | 15. 50 |
| | Cacalo Extra | 60. 00 |
| | Carceleno Chico | 12. 50 |
| | Tonalteco First | 17. 00 |
| | Anisero G. | 13. 00 |
| | Anisero AA | 10. 00 |
| 121925–A/37 | Tlapeno Second | 14. 50 |
| | Tonalteco First | 17. 00 |
| | Anisero Charrito | 12. 50 |
| | Charrito Copa Baja | 10. 00 |
| | Carceleno Plain | 12. 50 |
| | Anisero G. | 12. 50 |
| | Charro Fancy | 27. 00 |
| | Cacalo Extra | 58. 00 |
| | Anisero Verde | 10. 25 |
| 122311–A/38 | Tlaxiaco First | 13. 50 |
| | Ixcateco First | 12. 00 |
| | Anisero Charrito | 10. 25 |
| | Tlaxiaco Second | 11. 50 |
| | Ixcateco Second | 11. 50 |
| | Charrito Copa Baja | 9. 25 |
| | Tlaxiaco Binding | 15. 00 |
| | Cacalo First Ex. | 60. 00 |
| | Carcelona White | 12. 00 |
| | Tlaxiaco v. Labrado | 15. 00 |
| | Anisero G. | 12. 75 |
| | Tonalteco First | 16. 00 |
| 125721–A/40 | Tlapeno Alcozauca | 14. 75 |
| | Ixcatecos, First | 11. 50 |
| | Ixcatecos, Second | 11. 00 |
| | Cha. Copa Baja | 9. 00 |
| | Catrin Mixteco | 16. 00 |
| | Huapanapan First | 34. 00 |
| | Patlicha White | 16. 00 |
| | Anisero AA | 11. 00 |
| | Anisero G | 13. 00 |
| | Tlaxiaco First | 13. 00 |
| | Tlaxiaco Second | 11. 00 |
| 125722–A/41 | Anisero Charrito | 9. 25 |
| | Charrito Fancy | 10. 75 |
| | Tlaxiaco Binding | 16. 00 |
| | Tlapeno Alcozauca | 14. 75 |

| Reap. No. | Invoice description | Mexican $ per gross |
|---|---|---|
| 125722–A/41 | Anisero G. | 13. 00 |
| | Patlicha Blanco | 16. 00 |
| | Anisero AA | 11. 00 |
| 125723–A/39 | Tonalteco First | 17. 00 |
| | Charrito Copa Baja | 9. 30 |
| | Tlapeno Alcozauca | 14. 75 |
| | Anisero G. | 12. 75 |
| 125724–A/42 | Anisero G. | 12. 50 |
| | Anisero AA | 10. 00 |
| | Charrito Fancy | 10. 75 |
| | Anisero Charrito | 9. 00 |
| | Carceleno Blanco | 12. 00 |
| 125725–A/43 | Tlapeno First | 14. 75 |
| | Anisero G. | 12. 00 |
| | Patlicha White | 16. 00 |
| | Charrito Copa Baja | . 800 |
| | Charrito Fancy | 10. 75 |
| | Anisero AA | 10. 00 |
| | Anisero Charrito | 9. 00 |
| 125726–A/44 | Carceleno White | 12. 00 |
| | Patlicha Plain | 18. 00 |
| | Huapanapan White | 33. 00 |
| | Huapanapan Mosqueado | 33. 00 |
| 125727–A/45 | Anisero Charrito | 9. 00 |
| | Patlicha White | 18. 00 |
| | Tlaxiaco Verde Green | 14. 00 |
| | Huapanapan White | 33. 00 |
| | Carceleno White | 12. 00 |
| | Tlapeno Alcozauca | 15. 00 |
| | Anisero G. | 13. 00 |
| 128290–A/47 | Anisero | 13. 00 |
| | Carceleno White | 13. 00 |
| | Patlicha White | 18. 00 |
| | Huapanapan Mosqueado | 33. 00 |
| | Chipeteco Chico | 12. 50 |
| 127803–A/54 | Ch. Blanco | 10. 50 |
| 128288–A/55 | Anisero | 12. 50 |
| | Alcozauca | 15. 00 |
| 128289–A/56 | Anisero | 12. 00 |
| 132347–A/61 | Anisero | 12. 00 |
| | Tlap. Alc. | 20. 00 |
| | Anisero Chi | 8. 50 |
| | Ch. Blanco | 10. 00 |
| | Copon Corriente | 14. 50 |
| | Ixcateco | 12. 25 |
| 133689–A/62 | Anisero | 12. 00 |
| | Charrito Blanco | 10. 00 |
| | Ixcateco | 12. 25 |
| | Charrito Anisero | 8. 00 |
| | Copon crte. blco. | 14. 50 |
| | Santa Gertrudis | 18. 00 |
| | | ALL PLUS PACKING |